DEVIN A. DONOHUE (SBN 190030)
ddonohue@pldlawyers.com
JEFFREY N. GOLDBERG (SBN 217555)
jgoldberg@pldlawyers.com
ANGELINA E. CHEW (SBN 244634)
achew@pldlawyers.com
PALMER, LOMBARDI & DONOHUE LLP
515 S. Flower St., 21st Floor
Los Angeles, CA  90071
Telephone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Petitioner
UBS FINANCIAL SERVICES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UBS FINANCIAL SERVICES INC.; | Case No. 2-12-cv-01577-JFW(JEM) |
|---|---|
| Petitioner, | **AMENDED JUDGMENT** |
| vs. | |
| JAMES ALLEN QUEEN, an individual, | |
| Respondent. | |

IT IS HEREBY ADJUDGED and DECREED that judgment is entered in conformity with the arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Petitioner UBS Financial Services Inc. ("UBS") and Respondent James Allen Queen ("Queen"), entitled *UBS Financial Services Inc. v. James Allen Queen,* FINRA Arbitration Case No. 10-04565, as follows:

1. Judgment is awarded in favor of UBS and against Queen in the amount of the Award in the sum of $327,258.78;

2. Queen shall pay UBS post-award, pre-judgment interest on the above sum at the legal rate of 9% per annum pursuant to New York Civil Practice Law and Rules Section 5004 (daily interest amount of $80.69) from the date of the FINRA Arbitration Award (August 11, 2011) until the date of the judgment for a total pre-judgment interest amount of $18,478.01;

3. Queen shall pay UBS post-judgment interest on both the sum set forth in item 1 above and pre-judgment interest amount set forth in item 2 above at the legal rate pursuant to 28 U.S.C. § 1961 from the date of the judgment until paid in full.

IT IS SO ADJUDGED and DECREED.

Dated:   April 17, 2012

_____
The Honorable John F. Walter
United States District Court for the
Central District of California

- 2 -
[PROPOSED] AMENDED JUDGMENT